UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JOSEPH TORRES, | No. 2:19-cv-2015 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL BUREAU OF PRISONS, | |
| Defendant. | |

Plaintiff is a federal prisoner proceeding without counsel in this action brought pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).[1] The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

---

[1] The Ninth Circuit has recognized that "[a]ctions under § 1983 and those under Bivens are identical save for the replacement of a state actor under § 1983 by a federal actor under Bivens." Van Strum v. Lawn, 929 F.2d 1384, 1388 (9th Cir. 1991).

1

1. The findings and recommendations filed January 29, 2020, are adopted in full;
2. This action is dismissed with prejudice for failure to state a claim.
3. The Clerk of Court is directed to close this case.

DATED: July 27, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

2